IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH D. LAMB, SR.,
    Plaintiff,

vs.                                 Case No. 5:10cv66/RS/MD

DEPARTMENT OF CORRECTIONS, et al.,
    Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on March 26, 2010 by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1), along with a motion to proceed *in forma pauperis* (doc. 2). On April 9, 2010, the court issued an order advising plaintiff that his *in forma pauperis* application was incomplete, and requiring plaintiff to correct the deficiency within twenty-eight (28) days (doc. 4). Plaintiff failed to respond, other than to file a motion for injunction and motion to appoint counsel (docs. 5 and 6). Accordingly, on May 24, 2010, the court issued an order issued requiring plaintiff to show cause, within fourteen (14) days, why this case should not be dismissed for his failure to comply with an order of the court (doc. 7). To date, plaintiff has neither responded, nor complied with the April 9, 2010 order.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That all pending motions be DENIED as moot.

3. That the clerk be directed to close the file.

**DONE AND ORDERED this 30th day of June, 2010.**

/s/ *Miles Davis*
   **MILES DAVIS**
   **UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**